**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
DC- 341
*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*
DC- 3417

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOANNE GRACYK, | ) | |
| | ) | Removed from: |
| Plaintiff, | ) | Superior Court of New Jersey |
| | ) | Law Division -- Union County |
| v. | ) | Docket No. UNN-L-004318-07 |
| | ) | |
| DAVOL INC., a Rhode Island corporation; | ) | Civ. Action No. ____________ |
| C. R. BARD, INC., a New Jersey corporation, | ) | |
| | ) | **CERTFICATE OF SERVICE** |
| Defendants. | ) | |
| | ) | |
| | ) | |

I hereby certify that on January 7, 2008, the foregoing Notice of Removal was served upon the following counsel via first-class mail, in accordance with the New Jersey Rules of Court.

Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

____________________
David J. Cooner