**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*
DC- 3417

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOANNE GRACYK,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation;<br>C. R. BARD, INC., a New Jersey corporation,<br><br>Defendants. | ) | **Civil Action No. 08-cv-00091 (DMC)**<br><br>**CERTIFICATE PURSUANT TO L. CIV. R. 11.2** |

I hereby certify that, to the best of my knowledge, the matter at issue in this case is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding. On January 9, 2008, however, this case has been identified to the Judicial Panel on Multidistrict Litigation as a potential "tag-along action" to *In Re: Kugel Mesh Hernia Patch Product Liability Litigation*, 493 F. Supp. 1371 (J.P.M.L. 2007).

**McCARTER & ENGLISH, LLP**
Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

By: ______________________
David J. Cooner

Dated: January 9, 2008

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)