**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
(973) 622-4444
Attorneys for Defendants
Davol, Inc. and C.R. Bard, Inc.
**DC 3417**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOANNE GRAYCYK., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action No: 08-cv-00091 (DMC)** |
| vs. | ) | |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Andrew P. Heyman, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and an associate with the firm of McCarter & English, LLP, local counsel for defendants in this matter.

2. On this day, I electronically filed defendants' Answer with the Clerk of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey.

3. On this day, I caused to be served, via electronic filing and first class mail, defendants' Answer on counsel for plaintiff as follows:

Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Andrew P. Heyman

Dated: January 9, 2008