**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
(973) 622-4444
Attorneys for Defendants
Davol, Inc. and C.R. Bard, Inc.
DC 3417

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOANNE GRACYK<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL, INC., and C.R. BARD, INC.,<br><br>Defendants. | Civil Action No. 08-cv-00091 (DMC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE BE ADVISED** that McCarter & English, LLP (David J. Cooner, Esq. and Andrew P. Heyman, Esq.) hereby enters its appearance on behalf of Defendants Davol, Inc. and C.R. Bard, Inc.

Dated: January 9, 2008

Respectfully submitted,

By: ______________________
David J. Cooner (DC 3417)
dcooner@mccarter.com
Andrew P. Heyman
aheyman@mccarter.com
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102