**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **JOANNE GRACYK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NO.: 08cv00091** |
| | ) | |
| **DAVOL INC.,** | ) | |
| **a Rhode Island Corporation;** | ) | |
| **C.R. BARD, INC.,** | ) | |
| **a New Jersey Corporation;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

AND NOW, this _______ day of ________, 2008, in consideration of Plaintiff's Motion To Remand thereof, and any response thereto, it is hereby ordered that such Motion is GRANTED.

_________________________________ J.