McCARTER ENGLISH
ATTORNEYS AT LAW

January 31, 2008

Clerk of the Court
U.S. District Court, District of N.J.
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07101

DAVID J. COONER
T. 973 639 6971
F. Facsimile 973 297 3960
e-maildcooner@mccarter.com

Re: Gracyk v. Davol, Inc. et al.
Civil Action No. 08-CV-00091

Dear Sir/Madam:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

On behalf of defendants Davol, Inc. and C.R. Bard, Inc., we enclose for electronic filing:

(1) Defendants Brief in Opposition to Plaintiffs' Motion to Remand; and

(2) Certification of Service.

Thank you for your assistance in this regard.

Very truly yours,

David J. Cooner

Enclosures
DJC/db

BALTIMORE
BOSTON
HARTFORD
NEW YORK
NEWARK
PHILADELPHIA
STAMFORD
WILMINGTON