**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

- and -

**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOANNE GRACYK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVOL INC. AND C.R. BARD, INC.**<br><br>**Defendants.** | Civil Action No.: 08-00091-DMC-MF<br><br>**CERTIFICATION OF SERVICE** |

**DAVID J. COONER**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and I am a member of McCarter & English, LLP, attorneys for defendants, Davol, Inc. and C.R. Bard.

2. On January 31, 2008, I caused to be served via electronically and by regular mail a copy of Defendants Brief in Opposition to Plaintiffs' Motion to Remand upon counsel of record for the plaintiff.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**DAVID J. COONER**

January 31, 2008