IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOANNE GRACYK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 08CV00091 |
| | ) | |
| DAVOL, INC.,<br>A Rhode Island Corporation;<br>C.R. BARD, INC.,<br>a New Jersey Corporation; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

NOW, this ________ day of ____________, 2008, in consideration of Plaintiffs' Motion to Remand, said motion is hereby GRANTED, and this case is hereby REMANDED to the Superior Court of the New Jersey Law Division, Union County.

________________________________