**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON February 5, 2008, I electronically filed the foregoing *Response to Defendants Opposition to Remand and Memorandum of Law In Support of Remand* using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated: February 5, 2008**

**By:** Sharon Tolton

Sharon Tolton/Paralegal
**POGUST & BRASLOW, LLC**
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
**For the Plaintiffs**