**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(NEWARK VICINAGE)**

| | |
|---|---|
| **JOANNE GRACYK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVOL INC. and C.R. BARD, INC.**<br><br>**Defendants.** | **Civil Action No.: 2:08-cv-00091-DMC-MF**<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY PURSUANT TO L.Civ.R. 7.1(d)(6)** |

Defendants C.R. Bard, Inc. and Davol Inc. (hereinafter "Bard") through counsel, seek leave to file a surreply to address a newly raised argument in plaintiff's reply to Bard's opposition to remand. Pursuant to L.Civ.R. 7.1(d)(4), no brief is necessary for this application; however' Bard's Surreply in connection with the underlying matter is attached hereto.

Bard filed a Notice of Removal in this Court on January 7, 2008, asserting diversity jurisdiction. Plaintiff filed a motion to remand contending that the home forum rule contained in 28 U.S.C. § 1441(b) prohibited removal by Bard because Bard is a New Jersey corporation. No other argument against removal was raised in plaintiff's motion.

Once faced with Bard's opposition illustrating the fact that this *very* Court has interpreted 28 U.S.C. § 1441(b) to preclude removal only where a home forum defendant has been properly joined *and* served, as the plain language of § 1441(b) makes clear, plaintiff now raises for the first time the argument that Bard failed to show the amount-in-controversy exceeds the requisite jurisdictional amount. This argument is without merit, and Bard asks leave to file the attached surreply so as not to be prejudiced by plaintiff's eleventh-hour addition.

**CONCLUSION**

For the foregoing reasons, C.R. Bard, Inc. and Davol Inc. should be given leave to file a surreply.

Dated: February 8, 2008

Respectfully submitted,

David J. Cooner

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 297-3960 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.