**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

- and -

**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOANNE GRACYK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVOL INC. AND C.R. BARD, INC.**<br><br>**Defendants.** | Civil Action No.: 08-00091-DMC-MF<br><br>**CERTIFICATION OF SERVICE** |

**DAVID J. COONER**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and I am a member of McCarter & English, LLP, attorneys for defendants, Davol, Inc. and C.R. Bard.

2. On February 8, 2008, I caused to be served electronically and by regular mail a copy of Defendants' Motion for Leave to File Surreply Pursuant to L.Civ.R. 7.1(d)(6) and Defendant's Surreply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand upon counsel of record for the plaintiff.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**DAVID J. COONER**

February 8, 2008