**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

| | |
|---|---|
| **JOANNE GRACYK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVOL INC. and C.R. BARD, INC.**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 2:08-cv-00091-DMC-MF**<br><br>**ORDER** |

This matter having been opened to the Court by McCarter & English, attorneys for Defendants, C.R. Bard, Inc., and Davol, Inc., on a Motion for Leave to File Surreply Pursuant to L.Civ.R. 7.1(d)(6); and the Court having considered the papers, and good cause having been shown;

IT IS on this __________ day of ____________________, 2008.

**ORDERED** that:

1. Defendants' Motion for Leave to File a Surreply Pursuant to L.Civ.R. 7.1(d)(6) shall be and is hereby **GRANTED;** and

2. A copy of the within Order shall be served upon all counsel of record with ______ days from the date received by the movant.

______________________________________
HON. DENNIS M. CAVANAUGH,
UNITED STATES DISTRICT JUDGE

( ) Opposed
( ) Unopposed