CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00091−DMC−MF

GRACYK v. C.R. BARD, INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 01/07/2008
Date Terminated: 02/28/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**JOANNE GRACYK** represented by

**HARRIS L. POGUST**
POGUST, BRASLOW &MILLROOD, LLC
EIGHT TOWER BRIDGE
161 WASHINGTON STREET
SUITE 1520
CONSHOHOCKEN, PA 19428
(610) 941−4204
Fax: (610) 941−4245
Email: hpogust@cpm−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DEREK T. BRASLOW**
POGUST &BRASLOW, LLP
161 WASHINGTON STREET
SUITE 1520
CONSHOHOCKEN, PA 19428
(610) 941−4204
Fax: (610) 941−4245
Email: dbraslow@cpm−law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.** represented by

**DAVID J. COONER**
MCCARTER &ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07101
(973) 622−4444
Email: dcooner@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.** represented by

**DAVID J. COONER**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2008 | " 1 | NOTICE OF REMOVAL by C.R. BARD, INC., DAVOL, INC. from NJ Superior Court (Union County), case number UNN−L−4318−07. ( Filing fee $ 350 receipt number 1805733) (Attachments: # 1 Certificate of Service)(mn, ) (Entered: 01/09/2008) |
| 01/07/2008 | " 2 | Corporate Disclosure Statement by C.R. BARD, INC., DAVOL, INC.. (mn, ) (Entered: 01/09/2008) |
| 01/09/2008 | " 3 | ANSWER to Complaint (Notice of Removal) by DAVOL, INC.. (Attachments: # 1 Statement 11.2 Statement# 2 Certificate of Service)(COONER, DAVID) (Entered: 01/09/2008) |
| 01/09/2008 | " 4 | NOTICE of Appearance by DAVID J. COONER on behalf of all defendants (COONER, DAVID) (Entered: 01/09/2008) |
| 01/16/2008 | " 5 | First MOTION to Remand by JOANNE GRACYK. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(BRASLOW, DEREK) (Entered: 01/16/2008) |
| 01/24/2008 | " | Set Deadlines as to 5 First MOTION to Remand. Motion Hearing set for 2/19/2008 before Judge Dennis M. Cavanaugh. (PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT) (sr, ) (Entered: 01/24/2008) |
| 01/31/2008 | " 6 | BRIEF *In Opposition to Plaintiffs' Motion to Remand* filed by C.R. BARD, INC., DAVOL, INC.. (Attachments: # 1 Cover Letter, # 2 Certificate of Service)(COONER, DAVID) (Entered: 01/31/2008) |
| 02/05/2008 | " 7 | REPLY to Response to Motion re 5 First MOTION to Remand filed by JOANNE GRACYK. (Attachments: # 1 Brief In Support to Remand, # 2 Text of Proposed Order, # 3 Certificate of Service)(BRASLOW, DEREK) (Entered: 02/05/2008) |
| 02/08/2008 | " 8 | First MOTION for Leave to File *Surreply* by C.R. BARD, INC.. (Attachments: # 1 Brief Defendants' Surreply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand, # 2 Certificate of Service, # 3 Text of Proposed Order)(COONER, DAVID) (Entered: 02/08/2008) |
| 02/28/2008 | " 9 | CERTIFIED COPY OF ORDER purs to MDL transferring action to the USDC for the District of Rhode Island. (sr, ) (Entered: 02/28/2008) |
| 02/28/2008 | " | ***Civil Case Terminated. (sr, ) (Entered: 02/28/2008) |